RECEIVED
2008 NOV -6 P 2: 53
CLERK US DISTRICT COURT
RICHMOND, VIRGINIA

FILED
-7 2008
CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHERIE-M. BURGESS TWITTY )
)
)
Plaintiff, )
)
v. ) Civil Action
) No. 3:08cv382
COLLECTCORP CORPORATION )
)
Defendant. )
)

## DISMISSAL ORDER

THIS DAY CAME the Plaintiff, by counsel, and the Defendant CollectCorp Corporation, by counsel, and moved the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court") to dismiss the above-styled civil action with prejudice.

UPON CONSIDERATION of the representations of counsel, the pleadings, and for other good cause shown, it be, and hereby is, ORDERED, ADJUDGED, and DECREED that civil action 3:08cv382 is DISMISSED with prejudice.

Upon entry of this Order, the Clerk of the District Court shall send copies *testee* to all counsel of record.

NOV - 7 2008

ENTERED this _____ day of _____, 2008.

/s/
Richard L. Williams
United States District Judge

WE ASK FOR THIS:

*[signature]*

Matthew J. Erausquin, VSB#65434
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, VA 22030
Telephone: (703) 273-7770
Facsimile: (888) 892-3512

*Counsel for the Plaintiff*


*[signature]*

Nathan Patrick Bowden, VSB#74700
Franzen & Salzano PC
525 Taylor Street
Lexington, VA 24450
Telephone: (770) 573-9470
Facsimile: (770) 248-2883

*Counsel for Defendant CollectCorp Corporation*